FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2020 FEB -4  PM 3: 06

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THERMO FISHER SCIENTIFIC, INC., MICROGENICS CORPORATION and THERMO ELECTRON NORTH AMERICA, LLC,<br><br>Plaintiffs,<br><br>.v.<br><br>AMERITOX, LTD., AMERITOX TESTING MANAGEMENT, INC. and AMERITOX, LLC,<br><br>Defendants. | Civil Action No. 1:18-cv-02730 |

## ORDER

AND NOW, this 4th day of Feb, 2020, in consideration of the Notice of Voluntary Withdrawal of Plaintiffs' Requests for Entry of Default Judgment against Defendant, Ameritox Testing Management, Inc., IT IS HEREBY ORDERED that:

(a) Plaintiff, Thermo Fisher Scientific, Inc.'s Request for Entry of Default Judgment against Defendant, Ameritox Testing Management, Inc. (ECF No. 31) is hereby withdrawn without prejudice;

(b) Plaintiff, Microgenics Corporation's Request for Entry of Default Judgment against Defendant, Ameritox Testing Management, Inc. (ECF No. 32) is hereby withdrawn without prejudice; and

(c) Plaintiff, Thermo Electron North America, LLC's Amended Request for Entry of Default Judgment against Defendant, Ameritox Testing Management, Inc. (ECF No. 36) is hereby withdrawn without prejudice.

d) And, ECF 33 is denied, as moot.

BY THE COURT:

_Ellen L. Hollander_
_____
J.